No. 72–949. FORT WORTH NATIONAL BANK ET AL. *v.* COGDELL ET AL. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 72–987. SOLIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5312. THOMPSON *v.* ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5319. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–5343. ROSS *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 72–5358. CORBY *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5413. JEFFERIES *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 72–5472. GRACE *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5477. BITTAKER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–5509. LEFEBRE *v.* CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–5546. GONCALVES *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5591. WHITE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5648. PINEDA *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.